IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Jessica Poitra, individually and on behalf of the heirs and next of kin of Timothy Poitra, deceased, | ) ) ) | **ORDER** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| United States of America, | ) | Case No. 4:07-cv-081 |
| | ) | |
| Defendant. | ) | |

_____

Upon motion of the United States and for good cause shown, IT IS ORDERED that the "United States of America" shall be substituted for Defendants Michael O. Leavitt, United States Secretary of Health and Human Services, Indian Health Services, Quentin Burdick Medical Center, and Paula Bercier, M.D. in the caption of this case.

Dated this 27th day of March, 2008.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.,
United States Magistrate Judge