# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

Jessica Poitra, individually and on behalf )
of the heirs and next of kin of )
Timothy Poitra, deceased, ) **ORDER OF DISMISSAL**
 )
                Plaintiff, )
vs. ) Case No. 4:07-cv-081
 )
United States of America, )
 )
                Defendant. )

Before the Court is a "Stipulation to Dismiss" filed on April 1, 2009.  The Court **ADOPTS** the stipulation in its entirety (Docket No. 23) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2009.

                                                */s/ Daniel L. Hovland*
                                                Daniel L. Hovland, Chief Judge
                                                United States District Court